UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08385
   JEFFREY M KUEHN
   PATRICIA M KUEHN                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
   SSN XXX-XX-8911      SSN XXX-XX-4432

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/08/07 .

   2.   The case was dismissed without confirmation, 10/05/2007.

   3.   The Debtor paid a total of $   2030.00 .

   4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 819.71 |
| NORTHERN ILLINOIS MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| N CHAPMAN MD | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK INTO CASH | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BONE & JOINT CE | UNSECURED | NOT FILED | .00 | .00 |
| LUTHERAN GENERAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAG PATHOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF FOX LAKE | UNSECURED | NOT FILED | .00 | .00 |

             Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 819.71 | .00 | .00 | .00 | 819.71 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 819.71 | .00 | .00 | .00 | 819.71 |

The Debtor's attorney, FELD & KORRUB LLC          , was allowed $   3000.00
and was paid $    500.00  direct and $    854.78  through the plan.

The Trustee received $     65.51 .

Refunds to the Debtor totaled $     290.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/14/07                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 07 B 08385 JEFFREY M KUEHN & PATRICIA M KUEHN